IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANGELA MIDTHUN-HENSEN and
TONY HENSEN, as representatives of
their minor Daughter, K.H., and on
behalf of all others similarly situated,                    Case No.  21-cv-608-slc

     Plaintiffs,

  v.

GROUP HEALTH COOPERATIVE OF
SOUTH CENTRAL WISCONSIN, INC.,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Group Health Cooperative of South Central Wisconsin, Inc. dismissing this case.

| s/ Deputy Clerk | 5/08/2023 |
| --- | --- |
| Joel Turner, Clerk of Court | Date |